NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Keith Altman, Esq. (CBN. 257309)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HEATHER HADNOT as her minor son,

Plaintiff(s),

v.

YUCAPIA-CALIMESA JOINT UNIFIED SCHOOL DISTRICT, et al.

Defendant(s)

CASE NUMBER:

5:23-cv-118

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiffs_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Heather Hadnot | Plaintiff (Natural Parent and General Guardian for D.D.) |
| D.D. | Plaintiff (a minor) |
| Keith Altman, Esq. | Attorney for Plaintiffs |
| The Law Office of Keith Altman, PLLC | Law Firm Representing Plaintiffs |
| Yucapia-Calimesa Joint Unified School District | Defendant |
| Michael Sialana | Defendant |
| Kevin Lewis | Defendant |
| DOES 1-20 | Defendants |
| Counsel for Defendants (Unknown at this time) | |

January 24, 2023
Date

/s/ Keith Altman
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs