Matthew Soleimanpour (SBN 248434)
matt@soleimanlaw.com
**SOLEIMAN APC**
5771 La Jolla Blvd., Ste. 4
La Jolla, CA 92037
Telephone:  (909) 415-0018
Facsimile:  (619) 489-6248

Attorneys for Defendants,
YUCAIPA-CALIMESA JOINT UNIFIED
SCHOOL DISTRICT, MICHAEL SIALANA, and
 KEVIN LEWIS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER HADNOT as Natural Parent and *General Guardian* for D.D. her minor son<br><br>                           Plaintiffs,<br><br>   v.<br><br>YUCAIPA-CALIMESA JOINT UNIFIED SCHOOL DISTRICT, in its official capacity, MICHAEL SIALANA, in his individual capacity, KEVIN LEWIS, in his individual capacity, and DOES 1-20, inclusive.<br><br>                        Defendants. | Case No.: 5:23-cv-00118<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS YUCAIPA-CALIMESA JOINT UNIFIED SCHOOL DISTRICT, MICHAEL SIALANA, AND KEVIN LEWIS TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Complaint served: January 24, 2023<br>Current response date: March 27, 2023<br>New response date: April 27, 2023 |

Defendants, Yucaipa-Calimesa Joint Unified School District, Michael Sialana, and Kevin Lewis ("Defendants") and Plaintiffs Heather Hadnot as Natural Parent and *General Guardian* for D.D ("Plaintiffs") by and through their respective counsel of record, stipulate and agree to extend the time for Defendants to respond to Plaintiffs' Complaint (Dkt. 1) as follows:

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS YUCAIPA-CALIMESA JOINT UNIFIED SCHOOL DISTRICT,
MICHAEL SIALANA, AND KEVIN LEWIS TO RESPOND TO PLAINTIFFS' COMPLAINT

1.     On January 24, 2023, Plaintiffs' counsel mailed served the Complaint on Defendants with a Notice of Lawsuit and Request for Waiver of Service of Summons.

2.     On March 19, 2023, counsel for Defendants was provided with the Complaint and Notice of Lawsuit and Request for Waiver of Service of Summons on all Defendants, and immediately contacted Plaintiff's counsel to advise of counsel for Defendants' recent retention.

3.     On March 21, 2023, counsel for Defendants met and conferred with Plaintiff's counsel via teleconference to inform that service would be accepted via the Waivers and to obtain an extension of time to respond to the Complaint on behalf of all Defendants as a responsive pleading deadline was approaching on March 27, 2023.

4.     Pursuant to a stipulation made under Local Rule 8-3, the parties agreed to extend Defendants' time to respond to Plaintiffs' Complaint by not more than 30 days, to April 27, 2023.

5.     The stipulation was entered to allow the Parties additional time to discuss and confer the allegations in the Complaint, the Defendants' arguments concerning the allegations, and any potential resolution of the Complaint allegations, and to fully respond within a reasonable time.

6.     There have not been any prior requests for extensions submitted to the Court by any party.

**IT IS SO STIPULATED.**

1  | Date: March 31, 2023

**SOLEIMAN, APC**

2

3  By: _/s/ Matthew Soleimanpour_

4  Matthew Soleimanpour

5  Attorneys for Defendants
   YUCAIPA-CALIMESA JOINT
   UNIFIED SCHOOL DISTRICT,

6  MICHAEL SIALANA, KEVIN
   LEWIS

7

8

9  | Date: March 31, 2023

**THE LAW OFFICE OF KEITH
ALTMAN**

10

11

12  By: _/s/ Keith Altman_

Keith Altman, Esq. (CBN. 257309)

13  33228 West 12 Mile Road, Suite 375

Farmington Hills, Michigan 48331

14  Telephone: (248) 987-8929

Email: keithaltman@kaltmanlaw.com

15  *Attorneys for Plaintiffs*

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS YUCAIPA-CALIMESA JOINT UNIFIED SCHOOL DISTRICT,
MICHAEL SIALANA, AND KEVIN LEWIS TO RESPOND TO PLAINTIFFS' COMPLAINT