# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER HADNOT<br><br>Plaintiff(s),<br><br>v.<br><br>YUCAPIA CALIMESA JOINT UNIFIED SCHOOL DISTRICT, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:23–cv–00118–SSS–SHK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   4/27/2023

Document No.:   1

Title of Document:   DEFENDANTS NOTICE OF MOTION AND MOTION FOR A MORE DEFINITE STATEMENT AND MOTION TO STRIKE

**ERROR(S) WITH DOCUMENT:**

Fed. R. Civ. P. 5 no proof of service attached.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: April 28, 2023

By: /s/ *Sharon Hall–Brown*
 *Sharon_Hall–Brown@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

