# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER HADNOT <br><br> Plaintiff(s), <br><br> v. <br><br> YUCAPIA CALIMESA JOINT UNIFIED SCHOOL DISTRICT, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 5:23−cv−00118−SSS−SHK <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __5/18/2023__

Document No.:   __12__

Title of Document:   __Amended Complaint__

**ERROR(S) WITH DOCUMENT:**

Local Rule 11−3.8 title page is missing, incomplete, or incorrect.

Other:

The case number is missing the judge initials. The complete case number is: 5:23−cv−00118−SSS (SHKx)

**Note:**   **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

By: _/s/ Sharon Hall−Brown_
_Sharon_Hall−Brown@cacd.uscourts.gov_
Deputy Clerk

Dated: _May 19, 2023_

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**