UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 5:23-cv-00118-SSS-SHKx | Date | June 2, 2023 |
|---|---|---|---|
| Title | *Heather Hadnot v. Yucapia Calimesa Joint Unified School District, et al.* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: DEFENDANTS' MOTION FOR A MORE DEFINITE STATEMENT AND MOTION TO STRIKE [DKT. 10]**

On May 18, 2023, Plaintiff filed a First Amended Complaint [Dkt. 12]. In view of Plaintiff's amendment of its complaint, Defendants' pending Motion [Dkt. 10] is hereby **DENIED as moot**. The hearing on this motion scheduled for June 9, 2023, is hereby **VACATED**.

**IT IS SO ORDERED.**