# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| HEATHER HADNOT | 5:23−cv−00118−SSS−SHK |
| Plaintiff(s), | |
| v. | |
| YUCAPIA CALIMESA JOINT UNIFIED SCHOOL DISTRICT, et al. | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   <u>6/1/2023</u>

Document No.:   <u>14</u>

Title of Document:   <u>Answer</u>

**ERROR(S) WITH DOCUMENT:**

Local Rule 7−1.1 no notice of interested parties.

Other:

**Note:**   **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: <u>June 2, 2023</u>       By: <u>_/s/ Lori Muraoka  lori_muraoka@cacd.uscourts.gov_</u>
                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS